IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES E. BOND,

    Plaintiff,  :  Case No. 3:11-cv-57

 - vs -  :  District Judge Walter Herbert Rice
           Magistrate Judge Michael R. Merz

CHARLES COX, et al.,  :

    Defendants.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED without prejudice for failure to properly state a claim upon which relief can be granted and this case is TERMINATED on the docket of this Court.

June _7_, 2011.

                  Walter Herbert Rice
                  United States District Judge